## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES CHARLES MEININGER,      :
                                 : CIVIL ACTION NO. 3:20-CV-1563

     Plaintiff,               : (JUDGE MARIANI)
                                   : (Magistrate Judge Carlson)

     v.                        :
                                   :

CITIZENS VOICE NEWSPAPER, et al.,  :

     Defendants.            :

## ORDER

AND NOW, THIS ___20___ DAY OF OCTOBER 2020, upon review of Magistrate Judge

Martin C. Carlson's Report and Recommendation ("R&R) (Doc. 7) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein;

2. The Clerk of Court is directed to **DISMISS** the Complaint (Doc. 1) **WITHOUT**

   **PREJUDICE**;

3. Plaintiff is granted leave to file an amended complaint within **twenty-one (21) days**

   of the date of this Order;

4. Failure to timely file an amended complaint will result in dismissal of this action with

   prejudice.

Robert D. Mariani
United States District Judge