THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CHARLES MEININGER, | : |
| | : CIVIL ACTION NO. 3:20-CV-1563 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Carlson) |
| v. | : |
| | : |
| CITIZENS VOICE NEWSPAPER, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS _2nd_ DAY OF DECEMBER 2020, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 10) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge